IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            :   CHAPTER 7
JERILYN MARIE FENNER                        :
                                            :   CASE NO. 5-16-00391 RNO
            Debtor                          :

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## CERTIFICATE OF NO OBJECTION

**AND NOW**, this 21st day of March, 2017, I, Jill M. Spott, Esquire, Attorney for Chapter 7 Trustee, hereby certify that no objections were filed to the Notice to Dismiss the Case.

/s/Jill M. Spott_____
Jill M. Spott, Esquire
Supreme Court ID: 88640
108 N. Abington Road
Clarks Summit, PA 18411
(570) 587-2600
(570) 585-0313
jspottesq@sheilslaw.com