```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                     Case No. 16-00391-JJT
Jerilyn Marie Fenner                                                       Chapter 7
         Debtor               CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar               Page 1 of 2              Date Rcvd: Mar 21, 2017
                              Form ID: ordsmiss          Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2017.
```
db             +Jerilyn Marie Fenner,    701 Daffodil Ct,    Exeter, PA 18643-1171
4753634         Advance Cash America,    153 North Church Street,    Spartanburg SC 29306
4753638        +Art Appliance Repair,    PO Box 30,    Dallas PA 18612-0030
4753627        +Berkheimer,    PO Box 25153,    Lehigh Valley PA 18002-5153
4753660        +CBCS,    PO Box 2724,    Columbus OH 43216-2724
4753658        +Community Bank,    198 East Tioga Street,    Tunkhannock PA 18657-1606
4753633         Creditech,    PO Box 20330,    Lehigh Valley PA 18002-0330
4753662        +Diversified Consultants,    PO Box 1391,    Southgate MT 48195-0391
4753663        +Enhance Recovery,    PO Box 57610,    Jacksonville FL 32241-7610
4753664         Enhance Recovery,    804 Bayberry Road,    Jacksonville FL 32256
4753653        +Exeter Boro,    PO Box 41,    Wilkes-Barre PA 18703-0041
4753635        +Fast Cash Services,    10063 Riverside Drive #2306,    Toluca Lake CA 91610-7018
4753639        +John Handley DDS,    942 Wyoming Ave,    Forty Fort PA 18704-3968
4753666        +Linebarger Gbggan Blair,    PO Box 90128,    Harrisburg PA 17109-0128
4753641       #+Matthew Soranno DDS,    1291 Wyoming Ave,    Exeter PA 18643-1435
4753659        +Medical Revenue Svc .,    945 Walnut Street Ste 5,    Gadsden AL 35901
4753667        +NCB Payment,    PO Box 1099,    Langhorne PA 19047-6099
4753655        +PA TurnPike Commission,    Violation Processing,    8000 C Derry Street,
                 Harrisburg PA 17111-5287
4753646        +PPL Electric Utilities,    827 Hausman Road,    Allentown PA 18104-9392
4753632        +Rushmore Loan Management Services,    PO Box 52708,    Irvine CA 92619-2708
4753628        +Thomas Polacheck,    Tax Collector,    35 Thomas Street,    Exeter PA 18643-1533
4753652        +UGI Central Penn Gas,    PO Box 15426,    Wilmington DE 19850-5426
4753654         WVSA,    PO Box 33A,    Wilkes-Barre PA 18703
4753636        +White Hills Cash,    PO Box 330,    Hays MT 59527-0330
4753657        +Wildflower Village Association,    PO Box 1192,    Pittston PA 18640-5170
4753640        +Wilkes-Barre General Hospital,    PO Box 637907,    Cincinnati OH 45263-7907
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4747448        +EDI: ATLASACQU.COM Mar 21 2017 18:48:00      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
4753651         EDI: AISTMBL.COM Mar 21 2017 18:48:00      T-Mobile,    PO Box 629025,    El Dorado Hills CA 95762
4753661        +E-mail/Text: bankruptcynotices@cbecompanies.com Mar 21 2017 18:46:10      CBE Group,
                 1309 Technology Parkway,    Cedar Falls lA 50613-6976
4753648         EDI: DIRECTV.COM Mar 21 2017 18:48:00      Direct TV,    PO Box 78626,    Phoeniz AZ. 85062
4753649         EDI: ESSL.COM Mar 21 2017 18:48:00      Dish Network,    Dept 0063,    Palatine IL 60055-0001
4753637         EDI: NAVIENTFKASMSERV.COM Mar 21 2017 18:48:00      Sallie Mae,    PO Box 9635,
                 Wilkes-Barre PA 18773-9635
4753665         EDI: SWCR.COM Mar 21 2017 18:48:00      Southwest Credit,    4120 International Parkway,
                 Suite 1100,    Carrolton TX 75007-1958
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4753650          AT & T Mobility,   address unknown
4753656          PNC Bank,   address unknown
4753647          Virizon Wireless,   address unknown
4753629*        +Thomas Polacheck,    Tax Collector,    35 Thomas Street,    Exeter PA 18643-1533
4753630*        +Thomas Polacheck,    Tax Collector,    35 Thomas Street,    Exeter PA 18643-1533
4753631*        +Thomas Polacheck,    Tax Collector,    35 Thomas Street,    Exeter PA 18643-1533
4753642*        +Wilkes-Barre General Hospital,    PO Box 637907,    Cincinnati OH 45263-7907
4753643*        +Wilkes-Barre General Hospital,    PO Box 637907,    Cincinnati OH 45263-7907
4753644*        +Wilkes-Barre General Hospital,    PO Box 637907,    Cincinnati OH 45263-7907
4753645*        +Wilkes-Barre General Hospital,    PO Box 637907,    Cincinnati OH 45263-7907
4813388       ##+Buckley Madole, P.C.,    9441 LBJ Freeway, Suite 250,    Dallas, TX 75243-4640
                                                                                 TOTALS: 3, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2017　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 21, 2017 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Celine P DerKrikorian    on behalf of Creditor    PROF-2014-S2 Legal Title Trust, by U.S. Bank
               National Association, as Legal Title Trustee ecfmail@mwc-law.com
              James  Warmbrodt     on behalf of Creditor     U.S. ROF II Legal Title Trust 2015-1, by U.S. Bank
               National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
              Jill M. Spott    on behalf of Trustee Robert P. Sheils, Jr (Trustee) jspottesq@sheilslaw.com,
               psheldon@sheilslaw.com;rmcdonald@sheilslaw.com
              Robert P. Sheils, Jr    on behalf of Trustee Robert P. Sheils, Jr (Trustee) RSheils@SheilsLaw.com,
               tvelez@sheilslaw.com;rmcdonald@sheilslaw.com
              Robert P. Sheils, Jr (Trustee)    rsheils@sheilslaw.com,
               rmcdonald@sheilslaw.com;PA41@ecfcbis.com;psheldon@sheilslaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jerilyn Marie Fenner<br>**Debtor(s)** | Chapter 7 |
| | Case No. 5:16−bk−00391−JJT |

### Order

After notice and opportunity for a hearing thereon, it appearing that the above−named Debtor failed to attend the scheduled meetings of creditors pursuant to 11 U.S.C. § 341(a), it is

**ORDERED** that the above−referenced case for Debtor be and hereby is dismissed.

Dated: March 21, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk